ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cedric Dupree
N63566

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs

Sylvia Mahone,
(Assistant Warden) Calligan,
Lt. Harvey, 1-Unknwn Doctor H Dixon c.c.),
Dr. Finn, Practitioner/Nurse Colgan
5-Unknown Dixon Tactical Team Officers,
Joe Harper, Dr. Baig, Roger Walker,
~~Sylvia Mahone~~, Joyce ~~Frjew~~, John Birkel,
Christine Beasley, Rick Cation,

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08 C 5 0 0 1 0
(To be supplied by the Clerk of this Court)

Judge Kapala

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. **Plaintiff(s):**

   A. Name: Cedric DuPree

   B. List all aliases: "PREACHER"

   C. Prisoner identification number: N63566

   D. Place of present confinement: Pontiac Prison

   E. Address: 700 W. Lincoln P.O.Box 99, Pontiac, IL 61764

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: MR. CALLIGAN
      Title: Assistant Warden
      Place of Employment: Dixon Prison

   B. Defendant: _See page (3A)_
      Title:
      Place of Employment:

   C. Defendant:
      Title:
      Place of Employment:

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 -

# DEFENDANTS ADDRESSES, TITLES AND NAMES

## NAME & TITLE:  |  PLACE OF EMPLOYMENT:

- Assistant Warden Calligan
- Lt. Harvey
- Supt. Dusing
- Dr. Finn
- 1 - Dr. (Unknown) at Dixon C.C.
- Nurse Practitioner Colgan
- 5 - Unkwn Tactical Officers

Dixon Prison
2600 N. Brinton Ave
Dixon, IL 61022

---

- Dr. Baig
- Dr. Joe Harper

Menard Prison
Box 711
Menard, IL. 62259

---

- Dr. Sylvia Mahone
- Nurse Joyce Friel
- CMT Christine Beasley
- CMT Rick Cation
- CMT John Birkel

Pontiac Prison
700 W. Lincoln
P.O.B. 99
Pontiac, IL 61764

3-A

III.  **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

        YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

        YES (✓)  NO ( )

    C.    If your answer is **YES**:

        1.    What steps did you take?

            *All the way to the ARB Roger Walker*

        2.    What was the result?

            *No Avail*

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

            *Yes*
            *No Aval*

    D.    If your answer is **NO**, explain why not:

        *N/A*

3-B

# A.

## COMMENTS COMMON TO ALL CLAIMS

ALL The Following ARE being sued in individual capacities CLAIMS HAVE BEEN exhausted Administratively pursuant to the PLRA. The Higest offical Being Roger WALKER (to no avail) These actions Have violated Plantiffs civil and state Rights.

note: This Petitions (The) deFects ARE addressed on Page "3-D".

3-C

# B - Tolled
# ISSUES

3-D

A. PLAINTIFFS CLAIMS WERE tolled AND NOW is BEFORE THIS COURT AT IT'S Rightful time. Sheppard V. LeFevre, 116 A.D.2d 867, 498 N.Y.S.2d 190 (N.Y. App. Div. 1986) [4/5]

B. PLAINTIFFS CLAIMS WERE ALSO tolled due to:

1. FEARING REPRISALS/SEEKING REDRESS VIA LITIGATION (WHILE BEING BEAT FOR Filing certain Litigation)[1]

2. DURING MENTAL HEALTH ISSUES/TREATMENT[2] (See EXHIBIT X-4 AND "Y-11"). See exhibits "H, I & J"

3. WHILE SEEKING REDRESS FOR LEGAL HINDERANCES[3] BY defendants AND their AGENCY (see PAGE 6-B)

4. WHILE I.D.O.C. HAD CRIMINAL charges pending AGAINST ME[4] Smith V. Holtz, 87 F.3d 108, 113 (1996). See ALSO PAGE 6-C & Exhibit X-5

5. DURING LOST/WITHHELD GRIEVANCES[5] See ~~contest~~ PAGE 6B.

6. DURING EXHAUSTION OF Remedies[6]

7. ONE YEAR AFTER "NEW" EVIDENCE discovered (A.E.D.P.A.) Ford V. Hubbard, 330 F.3d 1086 (2002)

8. FOR TRANSFERS And Litigation Hinderances
A. COX V. McBride 279 F.3d 492 (7th cir. 2002);
6. JOHNSON V. Rivera, 272 F.3d 519, 522 (7th cir. 2001);
5. ASHAFA V. City of Chicago, 146 F.3d 459, 463 (7th cir. 1998);
4. WALKER V. O'BRIEN, 216 F.3d 626, 633 (7th cir. 2000)
1. DUPREE V. PIERCE, NO. 05-1028-Central Dist of ILL - U.S. Dist. Court
3. DUPREE V. RICH, NO. 06-MR-50 Livingston Co. Cir. Court
3. DUPREE V. PATCHETT, NO. 05-MR-20, Livingston Co. Cir. Court
2. DUPREE V. FRENCH, NO. 05-1201 US. Dist. Court Central Dist of IL;
2. VITEK V. JONES, 445 U.S. 480, 496-97, 100 S.ct. 1254 (1980); Reed V. Scully, 140 Misc. 2d 379, 531 N.Y.S.2d 196 (N.Y. Sup. 1988);
A. FORD V. HUBBARD, 330 F.3d 1086 (2002); Malloy V. Hogan, 378 U.S.1,04
4. McGINNIS V. Stevens, 543 P.2d 1221, 1232; S.Ct. 1489 (1964); Seitzinger V. Reading Hosp. And Med. Ctr., 165 F.3d 236 (1999)

3-D

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( ) N/A

G. If your answer is **YES**:

  1. What steps did you take? N/A

  2. What was the result? N/A

H. If your answer is **NO**, explain why not: N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Dupree v. State etc / Dupree v. Laster / 93-CC-0339 / 02-1059-DRH / Dupree v. Alton-06-CV-1097 / Dupree v. Pierce - 05-1201 & French

B. Approximate date of filing lawsuit: 92/02

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Onyme: Cedric Dupree

D. List all defendants: Pontiac Prison / Warden Laster et. al., / Dr. Fingis et.al, / Warden G. Pierce, et. al.,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Court of Claims / So. Dist. of IL, / Central / Central dist.

F. Name of judge to whom case was assigned: Patchett / Herdon / Baker / Baker

G. Basic claim made: Property Loss / Religious denials Christian / Mental Health Violations / Attacked by Prison Staff (ect)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Won / Pending / Appealing / Pending

I. Approximate date of disposition: 3-19-06 / 5-08 / 8-07 / 8-08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff was/is an mental health patient (on 2 psych. medications) and have been in the hole for 5-years straight and have faced retaliatory acts from prison staff and now come before this Honorable Court complaining of conditions of confinement including excessive force and deliberate indifference and being willfully denied access to the courts. The retaliatory acts come from filing grievances and litigation against the prisons & staff of IL DOC and winning. The claims are as followed:

6

7-A

## CLAIM NO. 1

While at Dixon Psychiatrict 10-5-06 thru 1-11-07 I wasn't able to access the courts for Warden Calligan of Dixon C.C. refused to give plaintiff who is indigent legal supplies while at Dixon Prison in an effort to hinder me from accessing the courts. He was written 4 times & also grieved to no avail. This was retaliatory for filing litigation and for successfully suing for I.D.O.C.

7B

# CLAIM NO. 2

While at Dixon Psychiatric on 11-1-07 without justification and while taunting me, Lt. Harvey forced me to give an anal visual search, when I wasn't suspected of having any contraband. This was to humiliate me and for grieving him and for filing litigation against I.D.O.C. and for successfully suing I.D.O.C.

7-C

# CLAIM NO. 3

On 10-30-06 The Psych. Dr. Finn (while at Dixon Psych) refused to secure Plaintiff's release from suicide watch in order to hinder Plaintiff from pursuing legal action against him. The room was cold and Plaintiff was naked & suffering greatly & could not access legal mail & materials per Dr. Finns orders, denying me access to courts. This was retaliatory for suing successfully, I.D.O.C.

7-D
# CLAIM NO. 4

On 1-3-07 the Dixon C.C. Tactical Team used excessive force on me, with the intent to inflict pain on me maliciously when video tapes showed that I was fully cooperative. 5 c/o's are unknown. This was ordered by Supt. During and was retaliatory for filing litigation against him and for reporting these c/o's threats toward me in advance

7-E

# CLAIM No. 5

White in Menard C.C. on 10-6-06 and afterwards while on suicide watch Dr. Bigs & Joe Harper let me continue to cut my wrist and didn't take the cutting device from me in failure to protect & refused to strap me down. This was retaliratory for successfully suing I.D.O.C. and for filing litigation against I.D.O.C again.

7F

# CLAIM NO. 6

FROM Dixon to Pontiac. The Prison Medical Staff have intentionally been deliberate indifferent to my serious medical needs.

I unk'n DR & NURSE PRACTICTIONER COLGAN & DR. S. MAHONE Refused to treat me (After being attacked & receiving an groin injury) for blood in my urine & pain even after I was referred to an urologist by prison staff. This happened from 7-5-06 till present. Defendants then falsified records and contaminated lab results to cover their civil right violations conspiring with prison staff. ALSO during these times I was refused medical services/treatment & medication from C/MT Rick Cation & Nurse J. Friel & Christine John Birkel & Christine Beasley. This was retaliatory for successfully suing F.DOC. & currently suing them resulting in my worsening condition.

# RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO DECLARE Defendants Actions unconstitutional And to Issue Injunctive Relief so I can go to an urologist And Award Monetary compensatory And nominal damages

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __Dec__, 20__07__

_(signature)_
(Signature of plaintiff or plaintiffs)

Cedric Duprey
(Print name)

#N63546
(I.D. Number)

P.O. Box 99 - 700 W. Lincoln
Pontiac IL
61764
(Address)

## AFFIDAVIT OF SERVICE

I, _Cedric Durree_, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at _Pontiac_ Correctional Center, _Pontiac_ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this _7_ day of _Dec_, 20_07_.

_____
Signature

## VERIFICATION

I, _Cedric Durree_, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_____
(Your signature)