UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Plaintiff(s) Cedric Dupree
v. Sylvia Mahone,
Calligan et. Al.,
Defendant(s)

Case Number: 08 C 50 010

Judge: Kapala

*Double Sided by Prison Library*

FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Cedric Dupree, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2-A. Plaintiffs mental health status is called into Question by other Judges EXHIBIT"B"

2.B In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   OVER 60 Letters to Attorney after Attorney to No Avail. See Attached EXHIBITS "thru" "2-2"

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   #N63566
   Movant's Signature

   P.O.B. 99. 700 W. Lincoln
   Street Address

   Pontiac, IL. 61764
   City/State/Zip

Date: 12/5/07

1-R

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

2-R   GPO 812-417

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CEDRIC DUPREE,

    Plaintiff,

v.

EARLY LASTER, et al.,

    Defendants.                          Case No. 02-CV-001059-DRH

**ORDER**

**HERNDON, District Judge:**

    On May 11, 2006, the Court held a hearing on Plaintiff's Motion for Reappointment of Counsel and Motion to Vacate Counsel's Representation (Doc. 110), as well as the Amended Motion to Withdraw as Attorney, filed by Plaintiff's then-counsel, Roland Cross (Doc. 111). At the hearing, the Court GRANTED Mr. Cross' Motion to Vacate (Doc. 111), finding that his reasons were justified that the attorney-client relationship had effectively broken down and, moreover, Plaintiff did not wish Mr. Cross to continue serving as his counsel (*see* Doc. 127). The Court took Plaintiff's Motion (Doc. 110) UNDER ADVISEMENT, simply because Mr. Cross was the third appointed attorney Plaintiff has had in this case (*see* Doc. 113).

    Given the unchanging fact that the Court has previously found "the complexities of Plaintiff's claims and also his alleged diminished mental capacities

# Minute Entries

1:05-cv-01201-HAB-JAG Dupree v. French et al



## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KW, ilcd entered on 1/23/2006 at 10:13 AM CST and filed on 1/23/2006
**Case Name:** Dupree v. French et al
**Case Number:** 1:05-cv-1201
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Harold A. Baker : Scheduling Conference held on 1/23/2006. Appearance of plaintiff pro se. Appearance for defendants by John Weathers. Court has found through video conference that the plaintiff seems unstable. Court will appoint counsel. Case Management order to be entered. (Court Reporter TJ.) (KW, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1201 Notice will be electronically mailed to:**

John Joseph Weathers     jweathers@atg.state.il.us, lweitekamp@atg.state.il.us, jginter@atg.state.il.us; bmyers@atg.state.il.us

**1:05-cv-1201 Notice will be delivered by other means to:**

Cedric Dupree
N63566
PCC
Pontiac Correctional Center