UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

CEDRIC F. DUPREE,

                    Plaintiff,

              v.                                Case No. 08 C 50010

MAHONE et al.

                    Defendants.

**MOTION FOR CONTINUANCE AND
TIME TO FILE AMENDED COMPLAINT**

      COMES NOW Petitioner and moves this Honorable Court to enter an Order continuing the status hearing scheduled for March 26, 2008, and continuing the time in which to file an Amended Complaint and in support of this Motion, petitioner states:

      1.      That in this litigation the Court has appointed the undersigned attorney and has directed the filing of an Amended Complaint by March 26, 2008.

      2.      The Court is advised that there are communication challenges relative to safety and security procedures instituted by the jail in that it is petitioner's understanding that there are no phone privileges for Mr. Dupree, which makes communications particularly difficult.

      3.      The Amended Complaint is yet in draft form awaiting further input from Mr. Dupree.

      4.      That based on the foregoing Petitioner is in need of an extension of time to file the Amended Complaint and a continuance.

WHEREFORE, Petitioner prays that this Honorable Court enter an Order for an extension of time to file an Amended Complaint and a continuance of the status hearing until May 2, 2008.

Respectfully submitted,

\_\_\_\_s/Andrew J. Heinisch_____
Andrew J. Heinisch, Petitioner
Reinhart Boerner Van Deuren P.C.
2215 Perrygreen Way
Rockford, Illinois 61107
815-633-5300

NOTICE OF FILING

     PLEASE TAKE NOTICE that I have this 24th day of March, 2007, caused to be filed in the Office of the United States District Court, Northern District of Illinois, Western Division, via E-File the Motion for Continuance and Time to File Amended Complaint. in the above-entitled cause.

                                  ____s/Andrew J. Heinisch_____
                                  Andrew J. Heinisch, Petitioner
                                  Reinhart Boerner Van Deuren P.C.
                                  2215 Perrygreen Way
                                  Rockford, Illinois 61107
                                  815-633-5300