UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

CEDRIC F. DUPREE,

        Plaintiff,        Case No. 08 C 50010

v.

MAHONE et al.,

        Defendants.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 26, 2008 at 1:30 p.m., Petitioner, Andrew J. Heinisch, will appear before the Honorable P. Michael Mahoney, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois and then and there present a Motion for Continuance and Time to File Amended Complaint.

Dated this 24th day of March, 2008.

        _____s/Andrew J. Heinisch_____
        Andrew J. Heinisch
        Reinhart Boerner Van Deuren P.C.
        2215 Perrygreen Way
        Rockford, Illinois 61107
        815-633-5300