# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Cedric Dupree

                    Plaintiff,

v.                                          Case No.: 3:08−cv−50010
                                            Honorable Frederick J. Kapala

Sylvia Mahone, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney: Status hearing held on 3/26/2008. Plaintiff's Motion to continue [6] is granted. Amended Complaint due by 4/30/2008. Time to effect service under Rule 4 extended to 5/30/08. Status hearing set for 5/28/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.