reinhartlaw.com



**REINHART**
BOERNER • VAN DEUREN P.C.
ATTORNEYS AT LAW

April 9, 2008

Andrew J. Heinisch
Telephone 815-633-5300
aheinisc@reinhartlaw.com

VIA FAX AND U.S. MAIL

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764

      RE:    Cedric Dupree, N 63566
                 Dupree v. Mahone et al.
                 08 C 50010

To Whom it May Concern:

     As new court appointed counsel for Mr. Dupree, he has indicated twice on March 21, 2008 and April 2, 2008, that he received an opened and empty envelope from our law firm. In each instance we packed the envelope with legal documents e.g. about 50 pages.

     Please advise in writing if there were any problems with our mailing procedures, whether you can advise as to any information on the above or if we are misunderstanding anything. I have a current court order for filing an Amended Complaint on April 30, 2008. Therefore, please respond within one week, by April 15, 2008.

                                                 Sincerely,

                                                 Andrew J. Heinisch /pv
                                                 Andrew J. Heinisch

cc:  Warden Eddie Jones
       Internal Affairs
       Client

MW/1519014AJH:PLV
Dictated but not read

2215 Perrygreen Way • Rockford, Illinois 61107
Telephone: 815-633-5300 • Facsimile: 815-654-5770 • Toll Free: 800-840-5420

Milwaukee, WI • Telephone: 414-298-1000 • Toll Free: 800-553-6215
Waukesha, WI • Telephone: 262-951-4500 • Toll Free: 800-928-5529
Madison, WI • Telephone: 608-229-2200 • Toll Free: 800-728-6239

reinhartlaw.com



April 17, 2008

Andrew J. Heinisch
Telephone 815-633-5300
aheinisc@reinhartlaw.com

Warden Eddie Jones
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764

    RE:    Cedric Dupree, N 63566
             Dupree v. Mahone et al.
             08 C 50010

Dear Warden Jones:

    This is a follow-up to correspondence dated April 9, 2008. There seems to be a problem with Mr. Dupree receiving his legal mail. He has indicated that he receives opened and empty envelopes from our law firm.

    Please contact my office upon receipt of this letter.

                              Sincerely,

                              Andrew J. Heinisch/pv
                              Andrew J. Heinisch

cc: Internal Affairs

MW/1524468AJH:PLV
Dictated but not read

2215 Perrygreen Way • Rockford, Illinois 61107
Telephone: 815-633-5300 • Facsimile: 815-654-5770 • Toll Free: 800-840-5420

Milwaukee, WI • Telephone: 414-298-1000 • Toll Free: 800-553-6215
Waukesha, WI • Telephone: 262-951-4500 • Toll Free: 800-928-5529
Madison, WI • Telephone: 608-229-2200 • Toll Free: 800-728-6239

reinhartlaw.com



**REINHART**
BOERNER • VAN DEUREN p.c.
ATTORNEYS AT LAW

February 25, 2008

Andrew J. Heinisch
Direct Dial 815-633-5300
aheinisc@reinhartlaw.com

VIA FACSIMILE

Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764

      RE:   Dupree v. Mahone et al., 08 C 50010
             Cedric Dupree, N63566
             Attorney-Client communications

To Whom it May Concern:

    As the attorney representing Cedric Dupree in the above litigation, the Pontiac prison facility was gracious enough to grant telephone access to me to communicate with Mr. Dupree considering the extensive distance between my office and Pontiac correctional facility. However, our phone call was prematurely interrupted by a correctional officer about 15 minutes into the conversation whom I overheard indicated something to the effect that he did not have a reason for being on the phone. This is despite the promise for at least 30 minutes, and that this was a legal call.

    Due to the interruption we were unable to complete the initial interview and as such I would ask that Mr. Dupree be allowed to call me again on a secure unmonitored line. I understand that he does not have telephone privileges to call me otherwise other than a specially scheduled event initiated by me.

    If I can not get reasonable access to Mr. Dupree, I intent to file an appropriate motion in Federal Court for an appropriate order.

    While cognizant of the prison's needs, I do look forward to cooperating with you so that I do have reasonable access

2215 Perrygreen Way • Rockford, Illinois 61107
Telephone: 815-633-5300 • Facsimile: 815-654-5770 • Toll Free: 800-840-5420

Milwaukee, WI • Telephone: 414-298-1000 • Toll Free: 800-553-6215
Waukesha, WI • Telephone: 262-951-4500 • Toll Free: 800-928-5529
Madison, WI • Telephone: 608-229-2200 • Toll Free: 800-728-6239

Pontiac Correctional Center
February 25, 2008
Page 2

without interruption of Mr. Dupree to ensure his legal needs are satisfied..
Accordingly, I look forward to hearing a further telephone call from Mr. Dupree in the near future. Anytime Tuesday afternoon on February 26, 2008, between 1 and 5:00 p.m. should work well. Alternatively, Wednesday morning on February 27, 2008, is also available. I look forward to the cooperation of your facility to have reasonable access to Mr. Dupree. Please feel free to call me should you want to discuss.

Sincerely,

Andrew J. Heinisch

MW/1505042AJH:PLV

bc: client