UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

CEDRIC F. DUPREE,

               Plaintiff,

            v.                           Case No. 08 C 50010

MAHONE et al.

               Defendants.

**NOTICE OF MOTION**

TO:   Cedric F. Dupree, N 63566
       700 West Lincoln Street
       P.O. Box 99
       Pontiac, Illinois 61764

     PLEASE TAKE NOTICE that on Wednesday, April 30, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Mahoney, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois and then and there present:

       Motion for Relief as Appointed Counsel and Appointment of New Counsel

                                            s/Andrew J. Heinisch
                                        Andrew J. Heinisch, Petitioner
                                        Reinhart Boerner Van Deuren P.C.
                                        2215 Perrygreen Way
                                        Rockford, Illinois 61107
                                        815-633-5300

                            PROOF OF SERVICE

STATE OF ILLINOIS           )
COUNTY OF WINNEBAGO  )

     The undersigned, being first duly sworn on oath, deposes and says that she served this Notice with one copy of Motion upon the above via U.S. Mail on April 22, 2008.

                                                   s/Patricia Volkert

SUBSCRIBED and sworn to before me
this 22nd day of April, 2008.

  s/Angela Locke
Notary Public