## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50010 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Dupree vs. Mahone, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's counsel's Motion to Withdraw is granted. Plaintiff's Motion for Appointment of Counsel is denied. Amended Complaint due 6/30/08. Time to effect service of process under Fed.R.Civ.P. 4 is extended to 7/30/08. Written status report due 7/28/08.

*/s/ P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|