UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Western Division

Cedric Dupree
　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50010
　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala
Sylvia Mahone, et al.
　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

　　　MINUTE entry before Judge Honorable P. Michael Mahoney: Status hearing of 5/28/08 stricken. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.