# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50010 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Dupree vs. Mahone, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion to Reappoint counsel is granted. Plaintiff's temporary absence from the Pontiac Correctional Center was at least partially to blame for the lack of communication between counsel and plaintiff. Further, in light of plaintiff's representation that he will fully cooperate with appointed counsel in the future, the court is optimistic that the kind of communication breakdown which led to counsel's withdrawal will not take place again. Andrew J. Heinisch is hereby reappointed.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|