UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Cedric Dupree
                    Plaintiff,
v.                                          Case No.: 3:08−cv−50010
                                            Honorable Frederick J. Kapala
Sylvia Mahone, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

        MINUTE entry before the Honorable P. Michael Mahoney: It has come to the court's attention, that due to a clerical error, the counsel for the plaintiff did not receive the order reappointing him. Counsel is reappointed and has agreed to the reappointment. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.