UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

CEDRIC F. DUPREE,

               Plaintiff,

               v.                              Case No. 08 C 50010

MAHONE et al.

               Defendants.

**NOTICE OF MOTION**

TO:    Cedric F. Dupree, N 63566
         700 West Lincoln Street
         P.O. Box 99
         Pontiac, Illinois 61764

      PLEASE TAKE NOTICE that on Wednesday, July 23, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Mahoney, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois and then and there present:

         Motion to Withdraw as Appointed Counsel and Appointment of New Counsel

                                                        s/Andrew J. Heinisch
                                                    Andrew J. Heinisch, Petitioner
                                                    Reinhart Boerner Van Deuren P.C.
                                                    2215 Perrygreen Way
                                                    Rockford, Illinois 61107
                                                    815-633-5300

                              PROOF OF SERVICE
STATE OF ILLINOIS          )
COUNTY OF WINNEBAGO  )

      The undersigned, being first duly sworn on oath, deposes and says that she served this Notice with one copy of Motion upon the above via U.S. Mail on April 22, 2008.

                                                           s/Patricia Volkert

SUBSCRIBED and sworn to before me
this 15th day of July, 2008.

   s/Angela Locke
Notary Public