## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50010 | **DATE** | 7/23/2008 |
| **CASE TITLE** |  | DUPREE vs. MAHONE | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for Andrew Heinisch to withdraw as counsel is granted. The court appoints Kevin Luther, Heyl, Royster, Voelker & Allen, 120 W. State Street, 2nd Floor, Rockford, IL 61101, 815/963-4454 as counsel for plaintiff. Status hearing reset for September 5, 2008 at 1:30 pm.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | GG |
|---|---|---|