SGS/kmp

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CEDRIC DUPREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 50010 |
| ) | |
| SYLVIA MAHONE (ASSISTANT WARDEN) ) | Honorable P. Michael Mahoney |
| CALLIGAN, LT. HAVREY, 1 UNKNOWN DOCTOR ) | |
| (AT DIXON C.C.), DR. FINN, PRACTITIONER / ) | |
| NURSE COLGAN, 5 UNKNOWN DIXON TACTICAL ) | |
| TEAM OFFICERS, JOE HARPER, DR. BAIG, ROGER ) | |
| WALKER, JOYCE FRIEL, JOHN BIRKEL, ) | |
| CHRISTINE BEASLEY, RICK CATION, ) | |
| Defendants. | |

**NOTICE OF HEARING**

TO: Please See Service List

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT ON **Wednesday, August 13, 2008,** at **1:30 p.m.**, or as soon thereafter as counsel may be heard, HEYL, ROYSTER, VOELKER & ALLEN, attorneys, will appear before the Presiding Judge, and call up for hearing its **MOTION TO WITHDRAW**, at which time and place you may appear if you see fit so to do.

BY: _____s/ Kevin J. Luther_____
HEYL, ROYSTER, VOELKER & ALLEN
Kevin J. Luther
ARDC 6187700

HEYL ROYSTER
VOELKER & ALLEN

Second Floor
National City Bank Building
120 West State Street
P.O. Box 1288
Rockford, IL 61105-1288
Fax (815) 963-0399

1

SGS/kmp

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all attorneys to the above cause via the CM/ECF System on the 4th day of  August , 2008.

TO:
    Cedric Dupree
    Email: Prison1_ILND@ilnd.uscourts.gov

                                        s/ Kevin J. Luther
                                        Kevin J. Luther

HEYL ROYSTER
VOELKER
&ALLEN

Second Floor
National City Bank
Building
120 West State Street
P.O. Box 1288
Rockford, IL 61105-1288
Fax (815) 963-0399

2