# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50010 | **DATE** | 8/18/2008 |
| **CASE TITLE** | DUPREE vs. MAHONE | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for Kevin Luther to withdraw is granted. Attorney Luther to be returned to the list of available attorneys. The court appoints Lawrence Bruckner, 1110 Locust St., Thompson, IL 61285, 815/259-3168 as counsel. Status hearing reset for September 19, 2008 at 1:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|